UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| STEVEN WAYNE BUNCH<br>BOP #16156-043 | * | CIVIL ACTION NO. 2:15-cv-1089<br>SECTION P |
| v. | * | JUDGE MINALDI |
| UNITED STATES | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus (Rec. Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the Motion for Production of Documents (Rec. Doc. 3) is **DENIED**.

Lake Charles, Louisiana, this 15 day of _____, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE